# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID COUTEE

NO. 2026 KW 0600

**MAY 1, 2026**

---

In Re:    David Coutee, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          DC-24-05126.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **STAY REQUEST DENIED. WRIT DENIED.**

                    SMM
                    BDE
                    WEF

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT